**IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | Criminal Case No.: 01-00101-001 | |
| ) | | |
| vs. ) | **SPECIAL REPORT** | |
| ) | | |
| HERBERT TUDELA SABLAN, ) | | |
| Defendant. ) | | |
| ) | | |

**Re: Request for Early Termination from Supervised Release**

Herbert Tudela Sablan was sentenced on February 5, 2002 by the Honorable John S. Unpingco for Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §841(a)(1). He received a sentence of 51 months imprisonment, followed by a four year term of supervised release with conditions to include that he not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; obtain and maintain gainful employment; and pay a $100 special assessment fee. **Conditions modified** on October 24, 2005 to include that he submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer. His term of supervised release commenced on October 24, 2004 and is scheduled to expire on October 23, 2008.

Mr. Sablan has generally complied with all conditions and instructions as required. He completed his drug treatment program, has consistently tested negative on drug and alcohol tests conducted to date, and paid his special assessment fee. In addition, Mr. Sablan has been gainfully employed during most of his supervision term. It should be noted that Mr. Sablan has a pending child support case with the Superior Court of Guam. This Officer has provided Mr. Sablan's contact information to the Attorney General's

SPECIAL REPORT
Req est for Early Termination from Probation
Re:   SABLAN, Herbert Tudela
USDC Cr. Cs. No.: 01-00101-001
May 22, 2008
Page 2

Officer, Child Support Division.  On April 25, 2008, he completed three and a half years of supervised release ordered by the Court.  First Assistant United States Attorney Jeffrey Strand has no objections to the request.

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3583(e)(1), as such action is warranted by Mr. Sablan's compliance with his conditions of supervised release and is in the interest of justice.

RESPECTFULLY submitted this 22th day of May 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

| PROB 35 | **Report and Order Terminating Supervised Release** |
| (3/07) | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.   01-00101-001

HERBERT TUDELA SABLAN

On October 25, 2004, Herbert Tudela Sablan began a four year term of supervised release. He has complied with the orders of the Court and the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Mr. Sablan be discharged from supervision.

Respectfully submitted,



/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:  AUSA
    Defense Counsel
    File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.