**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 01-00101-001

HERBERT TUDELA SABLAN

    On October 25, 2004, Herbert Tudela Sablan began a four year term of supervised release. He has complied with the orders of the Court and the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Mr. Sablan be discharged from supervision.

Respectfully submitted,



/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc: AUSA
     Defense Counsel
     File

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 23, 2008**